# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Anthony Scott Nabors  Docket No. 5:06-CR-101-1D

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Scott Nabors, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on March 28, 2007, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Anthony Scott Nabors was released from custody on April 19, 2011, at which time the term of supervised release commenced. On March 28, 2012, the defendant's conditions of supervised release were modified to include cognitive behavioral therapy.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 30, 2012, the defendant submitted a urine specimen which proved positive for marijuana. The offender admitted that he smoked marijuana on or about October 8, 2012. The defendant advised that he was experiencing issues of anxiety and depression, and self-medicated by smoking marijuana. He attributes these issues to his arrest on September 13, 2012, on a Resisting Public Officer charge that occurred prior to his imprisonment term in the instant offense. He remained in custody, unable to make bond, until October 8, 2012, at which time the charge was voluntarily dismissed. He stated that while in custody, he experienced "flashbacks" of his time in federal custody. He has requested mental health counseling in order to address these issues. In an effort to address his mental health issues, it is respectfully recommended that his

Anthony Scott Nabors
Docket No. 5:06-CR-101-1D
Petition For Action
Page 2

conditions of release be modified to include mental health treatment. His urine surveillance will be increased and he will be referred for both substance abuse and mental health counseling in an effort to deter future drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: November 9, 2012 |

### ORDER OF COURT

Considered and ordered this 21 day of November, 2012, and ordered filed and made a part of the records in the above case.

/s/ James C. Dever
James C. Dever III
Chief U.S. District Judge